UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, CINCINNATI

| | | |
|---|---|---|
| **RYAN WHITE,** | : | Case No. C-1-02-109 |
| Petitioner, | : | |
| | : | Judge Beckwith |
| v. | : | Magistrate Judge Hogan |
| | : | |
| **PAT HURLEY, Warden,** | : | |
| Respondent. | : | |

### ORDER ON MOTION FOR LEAVE TO FILE EXHIBITS MANUALLY

On the motion of Respondent, and for good cause shown, Respondent's Motion for Leave to File Documents Manually (Doc. No. 11) is GRANTED.

|   |   |
|---|---|
| 3/26/2004 | s/Timothy S. Hogan |
| Date | TIMOTHY S. HOGAN |
| J:\CRUMBA\FORMS\CALENDAR\2002\02-109.doc | United States Magistrate Judge |