**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION, CINCINNATI**

| | | |
|---|---|---|
| **RYAN WHITE,** | : | Case No.  C-1-02-109 |
| Petitioner, | : | |
| | : | Judge Beckwith |
| **v.** | : | Magistrate Judge Hogan |
| | : | |
| **PAT HURLEY, Warden,** | : | |
| Respondent. | : | |

**NOTICE OF MANUAL FILING OF EXHIBITS**
**TO RESPONDENT'S ANSWER / RETURN OF WRIT**

Please take notice that Respondent, Pat Hurley, is manually filing the following document:

Exhibit 18, Trial Transcript, Volume I of I, to Respondent's Answer/Return of Writ. This document has not been filed electronically because the electronic file size exceeds 2.0 megabytes.  The exhibits will be manually served on all parties at the same time as mailed to the Court.

Respectfully submitted,

Jim Petro (0022096)
Attorney General

s/Thelma Thomas Price
THELMA THOMAS PRICE (0033976)
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Fl.
Columbus, Ohio 43215-6001
Phone: (614) 644-7233
Fax:  (614) 728-9327
e-mail: tprice@ag.state.oh.us

Trial Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Respondent's Notice of Manual Filing of Exhibits to Respondent's Answer/ Return of Writ* was sent to Petitioner, Ryan White, #352-464, London Correctional Institution, P.O. Box 69, London, Ohio 43140, via first class U.S. mail, postage prepaid, on this 26th day of March 2004.

s/Thelma Thomas Price
THELMA THOMAS PRICE(0033976)
Assistant Attorney General
