**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ryan O. White, #352-464
   Chillicothe Correctional Institution
   P.O. Box 5500
   Chillicothe, Ohio 45601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _CCU_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   C Chace                        6/10/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7003 0500 0002 0889 8219

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

02-109 (Doc 14) SSb