**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Ryan White,**
    **Petitioner**

-vs-                              Case No.  1:02-cv-109

**Pat Hurley,**
    **Respondent**

# JUDGMENT

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED that:**

The Report & Recommendation is ADOPTED. Respondent's objection is **SUSTAINED**. A certificate of appealability shall not issue. The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would be taken in good faith and therefore **GRANTS** Petitioner leave to appeal *in forma pauperis* upon a showing of financial necessity. See Fed. R. App. P. 24(a); <u>Kincade v. Sparkman</u>, 117 F.3d 949, 952 (6th Cir. 1997).

Date:  August 23, 2004                                James Bonini, Clerk

                                                                              By:  <u>s/Mary C. Brown</u>
                                                                                     Mary C. Brown, Deputy Clerk